**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Carlos Alberto Alvarado Mocha

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01434-PJS-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

3. Respondents must unconditionally release petitioner from custody by February 26, 2026, at 4:00 pm. If petitioner is not in Minnesota, respondents must return petitioner to Minnesota before releasing him.

4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/25/2026

KATE M. FOGARTY, CLERK